In the Matter of AMBER L. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DEBBIE L., Appellant.

Submitted October 15, 2007; decided November 27, 2007

Reported below, 39 AD3d 651.

Motion for leave to appeal dismissed as untimely (CPLR 5513 [b]; *see Eaton v State of New York*, 76 NY2d 824 [1990]).

In the Matter of ROBERT CONROY et al., Appellants, v STATE COMMITTEE OF THE INDEPENDENCE PARTY OF NEW YORK et al., Respondents.

Submitted October 15, 2007; decided November 27, 2007

Reported below, 43 AD3d 834.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal granted.